# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARRUFO,<br><br>               Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. 07CV405; 03CR3088 BTM<br><br>ORDER RE: 2255 MOTION |

On March 2, 2007, Petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Because Petitioner's motion was based upon a ground previously determined on the merits by the Court of Appeals, the Court denied Petitioner's motion for relief.  Petitioner now files a motion to vacate order under Federal Rule of Civil Procedure 60(b) which essentially requests that the Court allow him to file another § 2255 motion raising grounds for relief that were not addressed in his previous § 2255 motion. Rule 9 of the Rules Governing Section 2255 dictate that  "[b]efore presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion."  The Court therefore DENIES Petitioner's motion to vacate order and instructs Petitioner that he must obtain leave to file a second or successive § 2255 petition from the Ninth Circuit Court of Appeals.

DATED: July 9, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28